UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Prairie Island Indian Community,

Civil File No. 00-1662 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Bruce C. Babbitt, Secretary,
United States Department of Interior,

Defendant.

---

This matter is before the Court upon the motion of the Sokaogon Chippewa Community (Mole Lake Band of Lake Superior Chippewa), the Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin, and the Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin to intervene as defendants. After carefully reviewing the proposed Intervenor-Defendants' submission, the Court is satisfied that the requisite criteria of Fed. R. Civ. P. 24(a) have been met. The Court therefore grants the Motion to Intervene.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motion of the Sokaogon Chippewa Community (Mole Lake Band of Lake Superior Chippewa), the Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin, and the Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin to intervene in the above captioned action (Clerk Doc. No. 21) is **GRANTED**; and

OCT 0 3 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2. The Sokaogon Chippewa Community (Mole Lake Band of Lake Superior Chippewa), the Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin, and the Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin shall be permitted to intervene in this lawsuit as Intervenor-Defendants.

Dated: October 3, 2000

Paul A. Magnuson
United States District Court Judge