ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1662 PAM/JGL

PRAIRIE ISLAND INDIAN COMMUNITY,

Plaintiff,

v.

BRUCE C. BABBITT, Secretary, UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendant

and

SOKAOGON CHIPPEWA COMMUNITY (MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA), LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN, and RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN,

Intervenors-Defendants.

STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT BRUCE C. BABBITT, Secretary, UNITED STATES DEPARTMENT OF THE INTERIOR TO ANSWER PLAINTIFF'S COMPLAINT

It is hereby stipulated by and between Plaintiff Prairie Island Indian Community and Defendant United States of America, by and through their respective attorneys, that Defendant United States has until November 20, 2000, to file and serve an Answer in the above-referenced matter.

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

Dated: 11-9-00

B. TODD JONES
United States Attorney

Gregory Brooker

BY: GREGORY G. BROOKER
Assistant U. S. Attorney
Attorney ID No. 166066
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for Defendant
United States of America

Dated: 11/9/00

WINTHROP & WEINSTINE, P.A.

By: [signature]
John A. Knapp, #56789
Darron C. Knutson, #57034
Julie Ann Fishel, #286254

3200 Minnesota World Trade Ctr.
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff Prairie
Island Indian Community

ORDER

Pursuant to the Stipulation, it is hereby

ORDERED that Defendant United States shall be, and hereby is, granted an extension of time to answer the Complaint of Plaintiff Prairie Island Indian Community to November 20, 2000.

Dated: Nov 14, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge