UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1662 (PAM/JGL)

PRAIRIE ISLAND INDIAN COMMUNITY,

Plaintiff,

v.

BRUCE C. BABBITT, Secretary, UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendant,

and

SOKAOGON CHIPPEWA COMMUNITY (MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA), LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN, and RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN,

Intervenors-Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** and ORDER

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that this action may be dismissed without prejudice and without costs to any party.

DATED:

WINTHROP & WEINSTINE, P.A.

By: ______________________
John A. Knapp, #56789
Darron C. Knutson, #57034
Julie Ann Fishel, #286254

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff Prairie Island Indian Community

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: 10-18-01

THOMAS B. HEFFELFINGER
United States Attorney

BY: GREGORY G. BROOKER
Assistant U.S. Attorney
Attorney ID Number 166066
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5600

Attorneys for Defendant
Secretary of the Interior

DATED: 11-5-01

FRIEBERT, FINERTY & ST. JOHN, S.C.

By: ______________________
Robert H. Friebert
S. Todd Farris
Ted A. Warpinski

Two Plaza East - Suite 1250
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414) 271-0130

Attorneys for Red Cliff Band of
Lake Superior Chippewa Indians of
Wisconsin

DATED:

LARRY B. LEVENTHAL & ASSOCIATES

By: ______________________
Larry B. Leventhal
420 Sexton Building
529 South Seventh Street
Minneapolis, Minnesota 55415
(612) 333-5747

Local Counsel for Intervenor-
Defendants

DATED:

LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN

BY: ______________________
Kris Goodwill

13394 West Trepania Road
Hayward, WI 54843
(715) 634-8934

Attorney for Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin

DATED:

CAULUM LAW OFFICE, S.C.

BY: ______________________
Andrew S. Calum

~~2081 Madison Street~~ 10 E. DOTY STREET
Madison, Wisconsin ~~53711~~ SUITE 515 53703
(608) ~~280-0914~~ 251-2100

Attorneys for Sokaogon Chippewa Community (Mole Lake Band of Lake Superior Chippewa)

**ORDER**

Based upon the foregoing Stipulation of dismissal and all the files, records, and proceedings in this matter, it is hereby,

**ORDERED** that this action is dismissed in its entirety, without prejudice.

Dated: November 9, 2001

______________________
Paul A. Magnuson
United States District Court Judge